IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | Case No. 6:21-cv-06050 | |
| JAMES F. DOWDEN, ESQ. in his capacity as Special Administrator for THE ESTATE OF S. GENE CAULEY; SCARLETT ROMINE, in her capacity as the Trustee of THE S. GENE CAULEY IRREVOCABLE TRUST; REBECCA DODD-TABLERT in her capacity as GARLAND COUNTY TAX COLLECTOR; FIRST HORIZON BANK; ANNA GRACE ROMINE CAULEY; BENNETT ROMINE CAULEY; GRAYSON ROMINE CAULEY; and WINDY HOLDINGS LLC | | DEFENDANTS |

**DEFAULT JUDGMENT AGAINST DEFENDANT WINDY HOLDINGS LLC**

Before the Court is the United States' *Motion for Entry of Default Judgment against Defendant Windy Holdings LLC* (ECF No. 57). After due consideration, it is hereby **ORDERED** that the United States' motion is **GRANTED**; and

**IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff United States on Count II of its Third Amended Complaint (ECF No. 49) against Windy Holdings LLC ("Windy Holdings") pursuant to Fed. R. Civ. P. 55(b)(2) as follows:

1. Windy Holdings failed to plead or otherwise defend against Count II of the United States Third Amended Complaint (ECF No. 49);

2. The Clerk of the Court has entered a default against Windy Holdings pursuant to Fed. R. Civ. P. 55(a) (ECF No. 56);

3. Accordingly, Windy Holdings holds no right, claim, or interest in the real property subject of Count II of the Third Amended Complaint located at 119 Windy Point, Hot Springs, Arkansas (the "Windy Point Property") in Garland County, Arkansas with the legal description set forth in the Third Amended Complaint (ECF No. 49) at paragraph 43 as follows:

A part of Lot 1, Block "E" of Lakeview Subdivision, as recorded in Book 246 at Page 132 of the Deed and Mortgage Records of Garland County, Arkansas, and being more particularly described as follows: Commence at the Southwest corner of said Lot 1; thence along the West line of said Lot 1, North 45 degrees 15 minutes 27 seconds West, 208.89 feet to a ½" rebar w/cap for the Point of Beginning; thence continue along said West line of Lot 1, North 45 degrees 15 minutes 27 seconds West 123.00 feet to a drilled ½" hole in concrete walk at the 400 foot contour of Lake Hamilton; thence Northeasterly and Southeasterly along said 400 foot contour a distance of 316.91 feet to a drilled ½" hole in brick sea wall; thence leaving said 400 foot contour, South 66 degrees 47 minutes 27 seconds West, 134.56 feet to the Point of Beginning.

ALSO EASEMENT:

A 10 FOOT Non-Exclusive Driveway Easement over and across part of Lots 1, 2 and 3 of Block "E", Lakeview Subdivision, for purposes of ingress and egress to and from subject lands, the centerline of which is more particularly described as follows: Commence at the Southwest corner of said Lot 3; thence along the South line of said Lot 3, North 43 degrees 23 minutes 48 seconds East, 42.04 feet to the centerline of existing asphalt driveway for the Point of Beginning; thence along said centerline, North 21 degrees 46 minutes 49 seconds East 21.05 feet; thence North 50 degrees 36 minutes 07 seconds West, 41.93 feet; thence North 52 degrees 21 minutes 22 seconds West, 31.68 feet; thence North 44 degrees 48 minutes 44 seconds West, 16.10 feet; thence along a curve to the right, having a radius of 70.57 feet, with a chord bearing North 25 degrees 21 minutes 47 seconds West, 38.71 feet for a distance of 39.21 feet; thence North 3 degrees 42 minutes 41 seconds West, 43.95 feet; thence along a curve to the right, having a radius of 68.05 feet, with a chord bearing North 33 degrees 36 minutes 04 seconds East, 50.01 feet, for a distance of 51.21 feet; thence North 53 degrees 47 minutes 30 seconds East, 67.69 feet; thence North 39 degrees 26 minutes 35 seconds East, 3.05 feet terminating at a point on the South line 17.27 feet East of the Southwest corner of hereon described property.

4. Windy Holdings is entitled to no proceeds from the sale of the Windy Point Property by subsequent order of this Court.

**IT IS SO ORDERED** this 19th day of January 2022.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**